[No. 18729.   *En Banc.*   February 6, 1925.]

THE STATE OF WASHINGTON, *on the Relation of Clear Lake Lumber Company, Respondent,* v. E. V. KUYKENDALL *et al., Appellants.*[1]

Appeal from a judgment of the superior court for Thurston county, Wilson, J., entered February 13, 1924, reversing an order of the department of public works fixing rates for the hauling of logs, after a hearing to the court.   Affirmed.

*Charles H. Paul* and *Alfred J. Schweppe,* for appellants.

*Stephen V. Carey* and *Thomas Smith,* for respondent.

*The Attorney General, H. C. Brodie, Assistant,* and *Thomas Balmer, amici curiae.*

### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* the court adhere to the Departmental opinion heretofore filed herein and reported in 130 Wash. 674, 228 Pac. 853, and the judgment appealed from is therefore affirmed.

[1]Reported in 232 Pac. 695.